■ GEORGIA D. BORCHARDT, Formerly Known as GEORGIA D. SCHNEIDER, Respondent, v COUNTY OF CHAUTAUQUA, Appellant. (Action No. 1.) TYLER T. BARRETT, Respondent, v COUNTY OF CHAUTAUQUA, Appellant. (Action No. 2.) [845 NYS2d 210]—Appeal from a judgment of the Supreme Court, Chautauqua County (Paula L. Feroleto, J.), entered January 17, 2007 in a personal injury action and a property damage action. The judgment, upon a nonjury trial, awarded damages in favor of plaintiffs and against defendant.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed without costs. Present—Hurlbutt, J.P., Martoche, Smith, Centra and Fahey, JJ.